IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DH RESTAURANT HOLDING, LLC; DAVE HANISCH,

   Plaintiffs,

v.                                 No. 1:23-cv-00340-KWR-JMR

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

   Defendant.

## ORDER TO STAY PROCEEDINGS

**THIS MATTER** having come before the Court on the Parties' *Joint Motion for Stay of Proceedings* (**Doc. 7**)*,* the Court having been fully advised in the premises finds the Motion is well-taken and should be **GRANTED.**

   **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED**, and all deadlines and proceedings are **STAYED** for ten (10) days from the date of this Order.

   **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Defendant Hartford*


**WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP**

*/s/ A. Blair Dunn (telephonically on 4/24/23)*
A. Blair Dunn
Jared R. Vander Dussen
400 Gold Ave. SW, Suite 1000
Albuquerque, NM  87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.Jared@gmail.com
*Attorneys for Plaintiffs*